**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jose F. Sanchez          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-15082 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F and index same on the master mailing list.

Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
12 Nov 2020, 16:49:15, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 868410420d9ac50c007e3aadc6757d390adfaa87478108779141ea04bcb8af8e