# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **JOSE F. SANCHEZ**
Debtor(s)

Case No.
Chapter **13**

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within fourteen (14) days of filing this statement rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 1,000.00 |
   | Prior to the filing of this statement I have received | $ 1,000.00 |
   | Balance Due | $ -0- |

2. $____ of the filing fee has been paid.

3. The source of the compensation paid to me was:
   [✓] Debtor    [ ] Other (specify):

4. The source of compensation to be paid to me is:
   [✓] Debtor    [ ] Other (specify):

5. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Defense of a Motion for Relief, including preparation of debtor's answer, negotiations with opposing counsel and review of settlement stipulation.

   b. Preparation of a Motion to Modify and Abate and preparation of an Amended Chapter 13 Plan per Order to Modify.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   a. Any additional post-confirmation legal services.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  12-18-20

/s/ Michael A. Latzes
Michael A. Latzes 34017
Law Offices of Michael A. Latzes, P.C.
1528 Walnut Street
Suite 700
Philadelphia, PA 19102
215-545-0200   Fax: 215-545-0668
ecassidy@mlatzes-law.com