| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-15082-AMC

JOSE F SANCHEZ
4323 N 9TH STREET
PHILADELPHIA  PA   19140

Petition Filed Date: 08/01/2018
341 Hearing Date: 09/14/2018
Confirmation Date: 12/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $500.00 | 1712993598 | 01/23/2020 | $500.00 | 17671019823 | 03/09/2020 | $500.00 | 17671020375 |
| 10/27/2020 | $500.00 | 1750911246 | 12/08/2020 | $433.00 | 1754848035 | 12/08/2020 | $451.00 | 1754845335 |
| 01/22/2021 | $451.00 | 1765119177 | 03/02/2021 | $451.00 | 1770030207 | 04/09/2021 | $500.00 | 1773640377 |
| 06/02/2021 | $500.00 | 1776833937 | | | | | | |

**Total Receipts for the Period: $4,786.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,877.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | CARRINGTON MORTGAGE SERVICES LLC »» 003 | Mortgage Arrears | $23,609.49 | $6,533.89 | $17,075.60 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $575.42 | $0.00 | $575.42 |
| 1 | PECO ENERGY COMPANY »» 001 | Unsecured Creditors | $2,625.88 | $0.00 | $2,625.88 |
| 4 | MICHAEL A LATZES ESQ »» 004 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 4 | CARRINGTON MORTGAGE SERVICES LLC »» 004 | Mortgage Arrears | $4,664.61 | $507.30 | $4,157.31 |

**Chapter 13 Case No. 18-15082-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,877.00 | Current Monthly Payment: | $451.00 |
| Paid to Claims: | $9,541.19 | Arrearages: | $773.00 |
| Paid to Trustee: | $885.81 | Total Plan Base: | $34,200.00 |
| Funds on Hand: | $450.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.