United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jose F. Sanchez  
      Debtor

Case No. 18-15082-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 05, 2022     Form ID: pdf900     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose F. Sanchez, 4323 N. 9th Street, Philadelphia, PA 19140-2226 |
| aty | + | MARIA TSAGARIS, McCalla Raymer LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | WILMINGTON SAVINGS, CARRINGTON MTS SERV, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806-5948 |
| cr | + | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14175015 | | Robert J. Crawley, Esquire, Phelan Hallinan Diamond & Jones, 1617 JFK Blvd., Suite 1400, One Penn Ceter Plaza, Philadelphia, PA 19103 |
| 14492852 | + | WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |
| 14574959 | + | Wilmington Savings Fund Society, FSB, Bankruptcy Department, 1600 South Douglass Road, Suite 200-A, Anaheim CA 92806-5948 |
| 14560835 | + | Wilmington Savings Fund Society, FSB, as Trustee o, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14555087 | + | Wilmington Savings Fund Society, FSB, as trustee o, c/o Maria Tsagaris, Esq., McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 05 2022 23:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 05 2022 23:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14175012 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 05 2022 23:40:50 | First Premier Bank, 601 S. Minnesota Ave., Attn: Bankruptcy Dept., Sioux Falls, SD 57104-4868 |
| 14212203 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2022 23:40:52 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14175011 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2022 23:40:54 | Chase Home Finance, P.O. BOX 183222, Attn: Bankruptcy Dept., Columbus, OH 43218-3222 |
| 14175013 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 23:40:53 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. BOX 10587, Attn: Bankruptcy Dept., Greenville, SC 29603-0587 |
| 14199578 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 23:40:51 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14175014 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 05 2022 23:38:00 | PECO ENERGY, 2301 Market Street, S23-1, Attn: Bankruptcy Dept. - Merrick Friel, Philadelphia, PA 19103-1380 |

Case 18-15082-amc  Doc 81  Filed 01/07/22  Entered 01/08/22 00:31:31  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 14191006 | + Email/Text: bankruptcygroup@peco-energy.com | Jan 05 2022 23:38:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14175016 | + Email/Text: bankruptcysst@alorica.com | Jan 05 2022 23:38:00 | Security Services FCU c/o SST Inc., 4315 Pickett Road, Attn: Bankruptcy Dept., Saint Joseph, MO 64503-1600 |
| 14175017 | + Email/Text: bankruptcy@cavps.com | Jan 05 2022 23:38:00 | Sprint, PCS, c/o Cavalry Portfolio Servicing, P.O. BOX 27288, Attn: Bankruptcy Dept., Tempe, AZ 85285-7288 |
| 14175018 | + Email/Text: EBNProcessing@afni.com | Jan 05 2022 23:38:00 | Verizon, Inc., c/o AFNI, Inc., P.O. BOX 3427, Attn: Bankruptcy Dept., Bloomington, IL 61702-3427 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2022            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

**Name**      **Email Address**

JEROME B. BLANK
  on behalf of Creditor JPMorgan Chase Bank  National Association paeb@fedphe.com

MICHAEL A. LATZES
  on behalf of Debtor Jose F. Sanchez efiling@mlatzes-law.com

POLLY A. LANGDON
  on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
  on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
  on behalf of Creditor Wilmington Savings Fund Society  et al bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
  ECFMail@ReadingCh13.com

THOMAS SONG
  on behalf of Creditor Wilmington Savings Fund Society  et al tomysong0@gmail.com

THOMAS SONG
  on behalf of Creditor JPMorgan Chase Bank  National Association tomysong0@gmail.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Jan 05, 2022　　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　Total Noticed: 22
TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| JOSE F SANCHEZ | Bankruptcy No. 18-15082-AMC |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 5, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE